at the time the petition is filed. Also, see, section 1331 of the Civil Practice Act. Mandamus is the proper procedure to compel the granting of this permit, and the relator was not required to review the proceedings of the buildings inspector or the city council by certiorari. (*People ex rel. Lankton* v. *Roberts*, 90 Misc. Rep. 439; affd., 171 App. Div. 890; *People ex rel. Dilzer* v. *Calder*, 89 id. 503; *Matter of Russell*, 158 N. Y. Supp. 162; *Village of Carthage* v. *Frederick*, 122 N. Y. 268, 271.) Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

LYDIA KRIMSIER, Respondent, v. LINDLEY M. GARRISON, as Receiver of NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

MAX E. LOBLEY and Others, Doing Business under the Firm Name of EMPIRE MACHINE WORKS, Appellants, v. JULIA SCHMIDT and MODERN COOPERAGE COMPANY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

EDNA MAY MARTIN, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

GEORGE R. MINNS, as Administrator, etc., of CORA MINNS, Deceased, Appellant, v. VICTOR W. CROSSMAN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

GEORGE R. MINNS, Appellant, v. VICTOR W. CROSSMAN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

KATHERINE PATSCHKE, Respondent, v. ALLEN SIMONDS, Appellant.— Appeal from order denying motion for reargument dismissed, with ten dollars costs and disbursements, on the ground that the order is not appealable. No opinion. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OBEDIAH BENNETT, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING GREENBERG, Appellant.— Pursuant to section 543 of the Code of Criminal Procedure, the judgment of conviction by the Court of Special Sessions is modified by affirming the conviction as to the count of petit larceny only, and reversing said judgment in so far as it convicts the defendant of receiving stolen goods. As thus modified the judgment of conviction is affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SBEGLIA, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed; but this court, pursuant to section 543 of the Code of Criminal Procedure, modifies the sentence as follows: The defendant is sentenced to pay a fine of fifty dollars, and to stand committed until said fine is paid, not exceeding thirty days. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

WILLIAM SCRIVENS, Respondent, v. GINO CHIURATO and Another, Defendants, Impleaded with S. W. STEEL & COMPANY, Appellant.— Order denying motion for judgment on appellant's counterclaim affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.